**Fill in this information to identify your case:**

Debtor 1  **CHARLES      E.      LOGAN**
         First Name    Middle Name    Last Name

Debtor 2  _____
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the Northern District of Mississippi

Case number  **20-10320-SDM**

☐ Check if this is an amended notice.

# Notice of Filing Chapter 13 Plan and
# Motions for Valuation and Lien Avoidance

The above-named Debtor(s) has filed a Chapter 13 Plan and Motions for Valuation and Lien Avoidance (the "Plan") with the Bankruptcy Court in the above-referenced case. (see attachment).

Any objection to confirmation of the Plan or the motions contained therein shall be filed in writing with the Clerk of Court on or before **March 30, 2020.** Copies of the objection must be served on the Trustee, US Trustee, Debtor(s), and Attorney for Debtor(s).

Objections to confirmation will be heard and confirmation determined on **May 5, 2020** at 10:30 A.M., ABD Cochran US Bankruptcy Courthouse, 703 Hwy 143 North, Aberdeen, MS 39730 unless the court orders otherwise. If no objection is timely filed, the Plan may be confirmed without a hearing. If no objection is timely filed, the Plan may be confirmed without a hearing.

**X  /s/Jim Arnold**_____      Dated:  **03/18/2020**_____
Signature of Attorney for Debtor(s)                        MM/ DD /YYY

**333 East Mulberry Street**_____
Address Line 1

_____
Address Line 2

**Durant, MS  39063**_____
City, State, and Zip Code

**662-653-6448**_____        **1625**_____
Telephone Number                MS Bar Number

**arnoldjh@bellsouth.net**_____
Email address

## CERTIFICATE OF SERVICE

I, Jim Arnold, attorney for Debtor(s), do hereby certify that by filing the attached Notice and Chapter 13 Plan, I have caused the following parties to be served electronically via ECF:

Terre M. Vardaman
VARDAMAN13@gmail.com

Office of the U.S. Trustee
USTPRegion05.AB.ECF@usdoj.gov

I certify that I have this day served a true and correct copy of the attached Notice and Chapter 13 Plan by U.S. Mail, [1] posted prepaid, to the following creditor(s) listed in Sections 3.2 and/or 3.4 of the Plan pursuant to Fed. R. Bankr. P. 7004:

Advance America
200 Veterans Memorial Drive
Suite D
Kosciusko, MS  39090

Registered Agent:
Corporation Service Company
7716 Old Canton Rd, Suite C
Madison,  MS 39110

I further certify that I have this day served a true and correct copy of the Notice and Chapter 13 Plan by U.S. Mail, postage pre-paid, to all other parties listed on the attached master mailing list (matrix).

**X  /s/Jim Arnold_____**     Dated:   **03/18/2020_____**
   Signature of Attorney for Debtor(s)                                                  MM/ DD /YYY
 **333 East Mulberry Street_____**
**Address Line 1**
_____
Address Line 2

**Durant, MS  39063_____**
**City, State, and Zip Code**

**662-653-6448_____        1625_____**
**Telephone Number              MS Bar Number**

**arnoldjh@bellsouth.net_____**
**Email address**

_____

[1] If the creditor is an insured depository institution, service has been made by certified mail.

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Charles E. Logan** |
| | Full Name (First, Middle, Last) |
| Debtor 2 | |
| (Spouse, if filing) | Full Name (First, Middle, Last) |
| United States Bankruptcy Court for the | **NORTHERN DISTRICT OF MISSISSIPPI** |
| Case number: | **20-10320** |
| (If known) | |

☐ Check if this is an amended plan, and list below the sections of the plan that have been changed.

_____

# Chapter 13 Plan and Motions for Valuation and Lien Avoidance        12/17

## Part 1:   Notices

**To Debtors:** **This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable. The treatment of ALL secured and priority debts must be provided for in this plan.**

In the following notice to creditors, you must check each box that applies

**To Creditors:** **Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.**

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation on or before the objection deadline announced in Part 9 of the Notice of Chapter 13 Bankruptcy Case (Official Form 309I). The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015.**

The plan does not allow claims. Creditors must file a proof of claim to be paid under any plan that may be confirmed.

The following matters may be of particular importance. **Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

| 1.1 | **A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor** | ☑ Included | ☐ Not Included |
|---|---|---|---|
| 1.2 | **Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4.** | ☐ Included | ☑ Not Included |
| 1.3 | **Nonstandard provisions, set out in Part 8.** | ☐ Included | ☑ Not Included |

## Part 2:   Plan Payments and Length of Plan

**2.1    Length of Plan.**

The plan period shall be for a period of __**60**__ months, not to be less than 36 months or less than 60 months for above median income debtor(s). If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

**2.2    Debtor(s) will make payments to the trustee as follows:**

Debtor shall pay __**$835.00**__ (☑ monthly, ☐ semi-monthly, ☐ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the court, an Order directing payment shall be issued to the debtor's employer at the following address:

**Debtor shall pay direct.**

| Debtor | **Charles E. Logan** | Case number | **20-10320** |
|---|---|---|---|

Joint Debtor shall pay ____ (☐ monthly, ☐ semi-monthly, ☐ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the court, an Order directing payment shall be issued to the joint debtor's employer at the following address:

### 2.3 Income tax returns/refunds.

*Check all that apply*

☑ Debtor(s) will retain any exempt income tax refunds received during the plan term.

☐ Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will turn over to the trustee all non-exempt income tax refunds received during the plan term.

☐ Debtor(s) will treat income refunds as follows:

### 2.4 Additional payments.
*Check one.*

☑ **None.** *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

## Part 3:  Treatment of Secured Claims

### 3.1 Mortgages. (Except mortgages to be crammed down under 11 U.S.C. § 1322(c)(2) and identified in § 3.2 herein.).

*Check all that apply*.

☐ **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*

**3.1(a) Principal Residence Mortgages:** All long term secured debt which is to be maintained and cured under the plan pursuant to 11 U.S.C. § 1322(b)(5) shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed by the mortgage creditor, subject to the start date for the continuing monthly mortgage payment proposed herein.
☑

**1** Mtg pmts to **BSI Financial Services**
Beginning **April 2020** @ **$630.01** ☑ Plan  ☐ Direct.  Includes escrow ☑ Yes ☐ No

Mtg arrears to **BSI Financial Services** Through **March 2020** **$3,812.02 @ $63.53**

**3.1(b)** ☐ **Non-Principal Residence Mortgages:** All long term secured debt which is to be maintained and cured under the plan pursuant to 11 U.S.C. § 1322(b)(5) shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed by the mortgage creditor, subject to the start date for the continuing monthly mortgage payment proposed herein.

Property **-NONE-** address:
Mtg pmts to
Beginning month @ _____ Plan  Direct.  Includes escrow Yes No

Property **-NONE-** Mtg arrears to _____ Through _____

**3.1(c)** ☐ **Mortgage claims to be paid in full over the plan term:** Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed by the mortgage creditor.

Creditor: **-NONE-**    Approx. amt. due: _____    Int. Rate*: _____
Property Address: _____
Principal Balance to be paid with interest at the rate above: _____
(as stated in Part 2 of the Mortgage Proof of Claim Attachment)
Portion of claim to be paid without interest: $ _____
(Equal to Total Debt less Principal Balance)

Special claim for taxes/insurance: $ **-NONE-** /month, beginning month .

**Mississippi Chapter 13 Plan**  Page 2

| Debtor | **Charles E. Logan** | Case number | **20-10320** |
|---|---|---|---|

(as stated in Part 4 of the Mortgage Proof of Claim Attachment)

\* Unless otherwise ordered by the court, the interest rate shall be the curent Till rate in this District
*Insert additional claims as needed.*

**3.2    Motion for valuation of security, payment of fully secured claims, and modification of undersecured claims.** *Check one.*.

☐ **None.** *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*
**The remainder of this paragraph will be effective only if the applicable box in Part 1 of this plan is checked.**

☑ Pursuant to Bankruptcy Rule 3012, for purposes of 11 U.S.C. § 506(a) and § 1325(a)(5) and for purposes of determination of the amounts to be distributed to holders of secured claims, debtor(s) hereby move(s) the court to value the collateral described below at the lesser of any value set forth below or any value set forth in the proof of claim. Any objection to valuation shall be filed on or before the objection deadline announced in Part 9 of the Notice of Chapter 13 Bankruptcy Case (Official Form 309I).

The portion of any allowed claim that exceeds the amount of the secured claim will be treated as an unsecured claim under Part 5 of this plan. If the amount of a creditor's secured claim is listed below as having no value, the creditor's allowed claim will be treated in its entirety as an unsecured claim under Part 5 of this plan. Unless otherwise ordered by the court, the amount of the creditor's total claim listed on the proof of claim controls over any contrary amounts listed in this paragraph.

| Name of creditor | Estimated amount of creditor's total claim # | Collateral | Value of collateral | Amount of secured claim | Interest rate\* |
|---|---|---|---|---|---|
| Advance America | $1,159.00 | 2000 Chevrolet Silverado | $4,275.00 | $1,159.00 | 6.75% |

*Insert additional claims as needed.*

#For mobile homes and real estate identified in § 3.2: Special Claim for taxes/insurance:

| Name of creditor | Collateral | Amount per month | Beginning month |
|---|---|---|---|
| -NONE- | | | |

\* Unless otherwise ordered by the court, the interest rate shall be the current Till rate in this District

For vehicles identified in § 3.2: The current mileage is _____

**3.3    Secured claims excluded from 11 U.S.C. § 506.**

*Check one.*
☑ **None.** *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*

**3.4    Motion to avoid lien pursuant to 11 U.S.C. § 522.**

*Check one.*
☑ **None.** *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

**3.5    Surrender of collateral.**

*Check one.*
☑ **None.** *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*

**Part 4:    Treatment of Fees and Priority Claims**

**4.1    General**
Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

| Debtor | **Charles E. Logan** | Case number | **20-10320** |
|---|---|---|---|

**4.2** **Trustee's fees**
Trustee's fees are governed by statute and may change during the course of the case.

**4.3** **Attorney's fees.**

☑ No look fee: __**$3,600.00**__

    Total attorney fee charged:     $**3,600.00**

    Attorney fee previously paid:     $**0.00**

    Attorney fee to be paid in plan per confirmation order:     $**3,600.00**

☐ Hourly fee: $____. (Subject to approval of Fee Application.)

**4.4** **Priority claims other than attorney's fees and those treated in § 4.5.**

*Check one.*
☑     **None**. If "None" is checked, the rest of § 4.4 need not be completed or reproduced.

**4.5** **Domestic support obligations.**

☑     **None.** *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

## Part 5: Treatment of Nonpriority Unsecured Claims

**5.1** **Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid, pro rata. If more than one option is checked, the option providing the largest payment will be effective. *Check all that apply.*

☑    The sum of $    **0**
☐    ____% of the total amount of these claims, an estimated payment of $____
☐    The funds remaining after disbursements have been made to all other creditors provided for in this plan.

If the estate of the debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $**0.00**
Regardless of the options checked above, payments on allowed nonpriority unsecured claims will be made in at least this amount.

**5.2** **Other separately classified nonpriority unsecured claims (special claimants).** *Check one*.

☑     **None.** If "None" is checked, the rest of § 5.3 need not be completed or reproduced.

## Part 6: Executory Contracts and Unexpired Leases

**6.1** **The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected.** *Check one*.

☑     **None.** *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*

## Part 7: Vesting of Property of the Estate

**7.1** **Property of the estate will vest in the debtor(s) upon entry of discharge.**

## Part 8: Nonstandard Plan Provisions

**8.1** **Check "None" or List Nonstandard Plan Provisions**
☑     **None.** *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

| Debtor | **Charles E. Logan** | Case number | **20-10320** |
|---|---|---|---|

| Part 9: | **Signatures:** |
|---|---|

**9.1    Signatures of Debtor(s) and Debtor(s)' Attorney**

*The Debtor(s) and attorney for the Debtor(s), if any, must sign below. If the Debtor(s) do not have an attorney, the Debtor(s) must provide their complete address and telephone number.*

X   **/s/ Charles E. Logan**                                          X
   **Charles E. Logan**                                                  Signature of Debtor 2
   Signature of Debtor 1

   Executed on    **February 18, 2020**                     Executed on

   **2065 Attala Road 1146**
   Address                                                                      Address
   **Kosciusko MS 39090-0000**
   City, State, and Zip Code                                       City, State, and Zip Code

   Telephone Number                                              Telephone Number

X   **/s/ Jim Arnold**                                               Date   **February 18, 2020**
   **Jim Arnold 1625**
   Signature of Attorney for Debtor(s)
   **Attorney-at-Law**
   **333 East Mulberry Street**
   **Durant, MS 39063**
   Address, City, State, and Zip Code
   **(662) 653-6448**                                                **1625 MS**
   Telephone Number                                              MS Bar Number
   **arnoldjh@bellsouth.net**
   Email Address

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0537-1<br>Case 20-10320-SDM<br>Northern District of Mississippi<br>Aberdeen<br>Wed Mar 18 15:17:04 CDT 2020 | Advance America<br>Cash Advance Centers of MS<br>200 Veterans Memorial Drive<br>Suite D<br>Kosciusko, MS 39090-3890 | Advance America, Cash Advance Centers of MS,<br>135 North Church Street<br>Spartanburg, SC 29306-5138 |
| Jim Arnold<br>333 E Mulberry Street<br>Durant, MS 39063-3725 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303<br>Attn:  Avi Schild | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 |
| Atlas Acquisitions, LLC - as<br>294 Union Street<br>Hackensack, NJ 07601-4303 | Attala County  Justice Court<br>254 Highway 12 West<br>Kosciusko, MS 39090-3208 | BSI Financial Services<br>314 S Franklin St, 2nd Floor<br>PO Box 517<br>Titusville, PA 16354-0517 |
| CREDIT FIRST NA<br>po box 818011<br>CLEVELAND, OH 44181-8011 | Capital One Bank<br>by Americaan InfoSource<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Capital One Bank USA<br>PO Box 30281<br>Salt Lake City, UT 84130-0281 | Capital One/Justice<br>PO Box 30253<br>Salt Lake City, UT 84130-0253 | Carthage City Clerk<br>212 W Main Street<br>Carthage, MS 39051-4142 |
| Comenity Bank/Goodys<br>PO Box 182789<br>Columbus, OH 43218-2789 | Credit First N A<br>PO Box 81315<br>Cleveland, OH 44181-0315 | First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 |
| Holmes County Justice Court<br>PO Box 99<br>Lexington, MS 39095-0099 | Leake County  Justice Court<br>PO Box 69<br>Carthage, MS 39051-0069 | Charles E. Logan<br>2065 Attala Road 1146<br>Kosciusko, MS 39090-6042 |
| MS Department of Public Safety<br>PO Box 948<br>Jackson, MS 39205-0948 | Merrick Bank Corp<br>PO Box 9201<br>Old Bethpage, NY 11804-9001 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 |
| Midland Credit Mgmt<br>320 East Big  Beaver<br>Troy, MI 48083-1271 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Quantum3 Group LLC<br>Second Round Sub LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>Second Round Sub LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 |

| | | |
|---|---|---|
| Second Round LP<br>PO Box 41955<br>Austin, TX 78704-0033 | Syncb/Belk<br>PO Box 965028<br>Orlando, FL 32896-5028 | Syncb/JCPenney<br>PO Box 965007<br>Orlando, FL 32896-5007 |
| Syncb/Walmart<br>PO Box 965024<br>Orlando, FL 32896-5024 | Synchrony Bank<br>c/a PRA Receivables Mgmt<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| TBOM/Atls/Fortiva<br>PO Box 105555<br>Atlanta, GA 30348-5555 | Tea Olive, LLC<br>PO BOX 1931<br>Burlingame, CA 94011-1931 | The Bureaus Inc.<br>650 Dundee Road<br>Northbrook, IL 60062-2747 |
| The Bureaus, Inc./Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>P O Box 41021<br>Norfolk, VA 23541-1021 | U. S. Trustee<br>501 East Court Street, Suite 6-430<br>Jackson, MS 39201-5022 | Terre M. Vardaman<br>P. O. Box 1326<br>Brandon, MS 39043-1326 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | End of Label Matrix<br>Mailable recipients    41<br>Bypassed recipients     0<br>Total                  41 |