IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

    CHARLES E. LOGAN                                      CHAPTER 13
            DEBTOR(S)                                      CASE NO. 20-10320-SDM

## OBJECTION TO NOTICE OF POST PETITION MORTGAGE FEES, EXPENSES AND CHARGES (Dkt #35)

COMES NOW, Charles E. Logan, Debtor by and through undersigned counsel and files his Objection to Notice of Post Petition Mortgage Fees, Expenses and Charges of U. S. Bank Trust, N.A. and in support of the same would show unto the Court the following:

l.   Debtor would show that U.S. Bank Trust, N.A. has filed a Notice of Post Petition Mortgage Fees, Expenses and Charges with the Court in the amount of $550.00 for Bankruptcy/Proof of Claim Fees.

2.   Debtor would show that U.S. Bank Trust, N.A.'s Bankruptcy/Proof of Claim fees should be reduced to $350.00.

**WHEREFORE, PREMISES CONSIDERED**, Debtor prays that this Objection be received and filed, and at the hearing hereon that this Court will enter its Order sustaining Debtor's Objection and grant to the Debtor such other, further and general relief to which this bankrupt estate may be entitled.

                                                              Respectfully submitted,

                                                              Charles E. Logan

                                       BY: /s/ Jim Arnold
                                              JIM ARNOLD, MSB #1625
                                              ATTORNEY FOR DEBTOR
                                              333 East Mulberry Street
                                              Durant, MS 39063
                                              662-653-6448 - Phone
                                              662-653-3432 - Fax
                                              arnoldjh@bellsouth.net

# CERTIFICATE OF SERVICE

I, Jim Arnold, attorney for the above listed Debtor, do hereby certify that I have this day served electronically a true and correct copy of the above and foregoing Objection to Notice of Post Petition Mortgage Fee, Expenses and Charges to the following:

Terre M. Vardaman
VARDAMAN13ECF@gmail.com

Office of U. S. Trustee
USTPRegion05.AB.ECF@usdoj.gov

Christopher K. Baxter
ecf@mlg-defaultlaw.com

This the ___11th___ day of August, 2020.

/s/Jim Arnold
JIM ARNOLD