**SO ORDERED,**



*Judge Selene D. Maddox*

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

| IN RE: | |
|---|---|
| **CHARLES E. LOGAN,** | **CHAPTER 13** |
| Debtor. | **CASE NO.: 20-10320-SDM** |

## AGREED ORDER

**ON THIS DATE** the Court considered Creditor's Notice of Postpetition Mortgage Fees, Expenses, and Charges ("Notice") filed on July 22, 2020 (Dkt. #30), Debtor's Objection to said Notice filed on August 11, 2020 (Dkt. #32). After consideration, and being advised that the Parties have reached an agreement on the matter, the Court finds that just cause exists for the entry of the following order. It is therefore,

**ORDERED and ADJUDGED** that the Creditor's Notice is allowed in the total amount of $350, for the fees, expenses, and charges associated with the proof of claim incurred on March 27, 2020.

**ORDERED and ADJUDGED** that any amount sought in the Creditor's Notice not herein allowed, is hereby disallowed.

ORDERED and ADJUDGED that the Creditor and Debtor shall bear their own fees and costs associated with this proceeding.

###END OF ORDER###

SUBMITTED BY:

_____
Jim Arnold / MSB#1625
**ATTORNEY AT LAW**
333 East Mulberry Street
Durant, MS 39063
662.653.6448
arnoldjh@bellsouth.net
Counsel for Debtor

AGREED TO:

/s/ Christopher K. Baxter
Christopher K. Baxter
**MARINOSCI LAW GROUP, P.C.**
14643 Dallas Parkway, Suite 750
Dallas, TX 75254
972.331.2300
ecf@mlg-defaultlaw.com
Counsel for Creditor

AGREED TO:

/s/ Jeffrey K. Tyree
Jeffrey K. Tyree / MSB#9049
**CHAPTER 13 TRUSTEE**
P.O. Box 1326
Brandon, MS 39043-1326
601.825.7663
vardaman13ecg@gmail.com
Attorney for Terre M. Vardaman